| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Marie-Ann Greenberg MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |
| IN RE: |
| JARED D STANSFIELD |

Case No.: 24-14494

Adv. No.:

Hearing Date: 7/17/2024

Judge: RG

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 7/23/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

    proposed amended order confirming plan

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Attorney for Debtor(s):
KEAVENEY LEGAL GROUP, LLC
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ  08052
Mode of Service:  Notice of Electronic Filing (NEF)

Debtor:
JARED D STANSFIELD
5 SCENIC DR
NEWTON, NJ  07860
Mode of Service: Regular Mail

Dated:  July 23, 2024

By:  /S/  Lauren O'Shea
Lauren O'Shea