KEAVENEY LEGAL GROUP, LLC
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ  08052

Re:   JARED D STANSFIELD
      5 SCENIC DR
      NEWTON,  NJ  07860

Atty:  KEAVENEY LEGAL GROUP, LLC
       1000 MAPLEWOOD DRIVE
       SUITE 202
       MAPLE SHADE, NJ  08052

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-14494

## RECEIPTS AS OF 01/01/2025     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/14/2024 | $891.00 | | 07/03/2024 | $891.00 | |
| 08/05/2024 | $891.00 | | 10/04/2024 | $1,000.00 | |
| 11/05/2024 | $891.00 | | 12/04/2024 | $891.00 | |

**Total Receipts: $5,455.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,455.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PLANET HOME LENDING, LLC | | | | | | |
| | 11/18/2024 | $91.16 | 936,687 | 12/16/2024 | $837.54 | 938,086 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 380.76 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,199.00 | 100.00% | 4,199.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | COMMUNITY BANK, N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | DISCOVER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | DISCOVER PL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PLANET HOME LENDING, LLC | (NEW) Prepetition / | 48,787.61 | 100.00% | 1,766.24 | 47,021.37 |
| 0008 | UNION BUILDING TRADES FEDERAL CRI | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $6,346.00**
See Summary

**Chapter 13 Case # 24-14494**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $5,455.00          -     Paid to Claims: $1,766.24      -     Admin Costs Paid: $4,579.76    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.