| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>JARED D STANSFIELD | Case No.: 24-14494<br>Adv. No.:<br>Hearing Date:  10/01/2025<br>Judge:  TBA |

### CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/08/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JARED D STANSFIELD
5 SCENIC DR
NEWTON, NJ  07860
Mode of Service:  Regular Mail

Attorney for Debtor(s):
KEAVENEY LEGAL GROUP, LLC
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ  08052
Mode of Service:  ECF and/or Regular Mail

Dated:  September 08, 2025

By:  /S/  Sheila Alvarado
Sheila Alvarado